ACCEPTED
06-14-00156-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/11/2015 8:37:10 PM
DEBBIE AUTREY
CLERK

NO. 06-14-00156-CR

| | | |
|---|---|---|
| SHAWN SMITH | * | ON APPEAL FROM THE |
| Appellant | * | |
| | * | 102ND JUDICIAL DISTRICT |
| VS. | * | |
| STATE OF TEXAS | * | COURT OF BOWIE COUNTY |
| Appellee | * | TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/11/2015 8:37:10 PM
DEBBIE AUTREY
Clerk

## SECOND MOTION TO EXTEND TIME FOR FILING STATE'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW the State of Texas by and through her below named Assistant Criminal District Attorney and pursuant to the Texas Rules of Appellate Procedure and hereby requests a thirty (30) day extension of the time period for the filing of the State's Brief and in support of the same would show the Court as follows:

I.

1. This case is pending from the 102nd Judicial District of Bowie County, Texas. The date of the judgment is August 26, 2014.

2. The case is styled State of Texas v. SHAWN SMITH, Cause Number 13F-0106-102.

3. Appellant was convicted of the offenses of Aggravated Sexual Assault of a Child (Count 1), Indecency with a Child by Sexual Contact (Count 2), Injury to a Child (Count 4) and Indecency with a Child by Sexual Contact (Count 7). Appellant was acquitted of the offense of Assault Causing Bodily Injury by Occlusion (Count 3) and found guilty of the lesser-included offense of Assault Causing Bodily Injury. Appellant was acquitted of the offenses of Indecency with a Child by Sexual Contact (Counts 5 and 6).

4. Punishment was for the offense of Aggravated Sexual Assault of a Child (Count 1) was assessed at imprisonment for ninety-nine (99) years in the Institutional Division of the Texas Department of Criminal Justice. Punishment for the offense of Indecency with a Child by Sexual Contact (Count 2) was assessed at imprisonment for ninety-nine (99) years in the Institutional Division

of the Texas Department of Criminal Justice. Punishment for the offense of Assault Causing Bodily Injury (lesser-included of Count 3) was assessed at one (1) year in the county jail. Punishment for the offense of Injury to a Child (Count 4) was assessed at imprisonment for twenty-five (25) years in the Institutional Division of the Texas Department of Criminal Justice. Punishment for the offense of Indecency with a Child by Sexual Contact (Count 7) was assessed at imprisonment for ninety-nine (99) years in the Institutional Division of the Texas Department of Criminal Justice. The sentences for Counts 1, 3, and 4 are to run concurrently. The sentences for Counts 2 and 7 are to run concurrently. The sentences for Counts 1 and 2 are to run consecutively.

5. Appellant's Brief was filed on January 8, 2015, making the State's Brief originally due on or about February 9, 2015. The State filed a Motion to Extend Time for Filing State's Brief on February 9, 2015. The State's motion was granted, making the State's Brief due on or about March 11, 2015.

6. The State's Brief was not timely prepared due to the press of business. Said business includes, but is not limited to, the following since February 9, 2015:

- Prepare for and attend docket for the 5th District Court on February 17, 2015.

- Preparation of the following cases set for trial on February 17, 2015 by Judge Bobby Lockhart of the 102nd District Court: 14F-0133-102, Richard Darby – Aggravated Robbery; 14F-0179-102 Richard Darby – Aggravated Robbery; 14F-0252-102 Richard Darby – Aggravated Robbery; 14F-0098-102 Richard Darby – Evading Arrest or Detention with a Vehicle; and 14F-0180-102 Richard Darby – Theft of Property ($1,500 – 20,000). The trial started on February 17, 2015 and continued through February 20, 2015.

- Preparation of the following case set for a bond hearing on February 20, 2015 by Judge Bill Miller of the 5th District Court: 09F-0052-005, James Foster – Deadly Conduct.

- Prepare for and attend docket for the 202nd District Court on March 2, 2015.

- Preparation of the following case set for a motion hearing on March 9, 2015 by Judge Bobby Lockhart of the 102nd District Court: 14F-0439-102, James Austin Friend – Murder.

- Preparation of the following cases set for trial on March 10, 2015 by Judge Bobby Lockhart of the 102nd District Court: 14F-0439-102, James Austin Friend – Murder. The trial started on March 10, 2015 and testimony is continuing through March 12, 2015.

- Preparation of the State's Brief in *Justin Sanders v. State* in cause number 06-14-00079-CR, which will be timely filed on March 12, 2015.

### PRAYER

WHEREFORE, on the bases of Rule 9.4 of the Texas Rules of Appellate Procedure, the State respectfully requests this Court to grant the Motion to Extend Length of State's Brief.

Respectfully submitted,


/s/ *Samantha J. Oglesby*

SAMANTHA J. OGLESBY
Texas Bar No. 24070362
601 Main Street
Texarkana, TX 75501

ATTORNEY FOR THE STATE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Extend Time for Filing State's Brief was forwarded to Mr. Troy Hornsby, counsel for Appellant, on this the 11th day of March, 2015.

/s/ *Samantha J. Oglesby*
SAMANTHA J. OGLESBY